UNITED STATES of America

v.

John DOE, Appellant.

No. 13–4274.

United States Court of Appeals,
Third Circuit.

Argued Jan. 12, 2015.

Dec. 9, 2015.

Rebecca R. Haywood, Esq., Laura S. Irwin, Esq., Margaret E. Picking, Esq., Office of United States Attorney, Pittsburgh, PA, for United States of America.

William C. Kaczynski, Esq., Pittsburgh, PA, for Appellant.

Before: AMBRO, FUENTES, and ROTH, Circuit Judges.

## SUR PETITION FOR PANEL REHEARING

THOMAS L. AMBRO, Circuit Judge.

The petition for panel rehearing filed by Appellee in the above entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The Opinion issued September 2, 2015 is hereby vacated. A new Opinion will be filed. Amendments to the Opinion do not alter this Court's Judgment as initially filed.